**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Pride Justin Doran
Doran Law Firm
P. O. Box 2119
Opelousas LA 70571

**REHEARING ACTION: March 10, 2010**

**Docket Number: 09   00954-CA**

**STATE OF LOUISIANA**
**VERSUS**
**$144,320.00 U.S. CURRENCY**
**Tina M. Beers**
**132 Woody Lane, Siler City, NC 27344**

**Appealed from St. Martin Parish Case No. 74400**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. John D. Saunders**
> **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tina Beers and Brittany Beers** has this day been

> **DENIED.**

cc: Kim Michael Kidd, Counsel for the Appellant